# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PLASTIC THE MOVIE LIMITED,

    Plaintiff,

v.                        Case No: 8:15-cv-723-T-30MAP

JOHN DOE,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe (Dkt. #9). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of June, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record